391 A.2d 1014

**COMMONWEALTH of Pennsylvania**

v.

**Mark Ray GEDDES and Charles H. Knisely, Appellants.**

Supreme Court of Pennsylvania.

Argued Nov. 14, 1977.

Decided Oct. 5, 1978.

534

Thomas M. Torquato, Reedsville, Stephen W. Beik, Miller, Kistler, Campbell, Mittinger & Beik, State College, for appellants.

Francis A. Searer, Sp. Asst. Atty. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION OF THE COURT

PER CURIAM.

This is an appeal * from a denial, after a hearing, of relief sought by appellants under the Post Conviction Hearing Act. 19 P.S. § 1180–1 *et seq.* (Supp. 1978–79). Appellants have raised the following allegations:

(1) trial counsel was ineffective for advising appellants to plead guilty to second degree murder;

---

* Jurisdiction over this appeal is based upon section 202(1) of the Appellate Court Jurisdiction Act, 17 P.S. § 211.202(1) (Supp. 1978–79), and section 11 of the Post Conviction Hearing Act, 19 P.S. § 1180–11 (Supp. 1978–79).

(2) there was an inadequate factual basis for the trial judge's acceptance of appellants' pleas;

(3) trial counsel was ineffective for failing to ensure that the guilty plea colloquy contained an on-the-record explanation of the elements of all crimes charged;

(4) appellants' guilty pleas were induced by illegal detention, unlawful arrest, and illegally obtained statements;

(5) the trial judge improperly participated in the plea bargaining process;

(6) trial counsel was ineffective for failing to request a change of venue.

We have considered appellants' contentions and find them to be without merit.

Affirmed.